UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CRIMINAL ACTION |
| v. | : | 1:88-CR-569-MHS |
| JIHAD MUHAMMAD a/k/a ROBERT PHILLIPS | : | |
| Defendant. | : | |

### ORDER

Presently before the Court is defendant's § 3582(c) motion for modification of an imposed term of imprisonment, filed on January 9, 2006. For the reasons well stated in the government's response, the Court DENIES defendant's motion [#64].

IT IS SO ORDERED, this 31st day of March, 2006.

_____
Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia

AO 72A
(Rev.8/82)